No. 780. MICHAEL PEYSER *v.* ELIZABETH J. GRAUTEN. January 20, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Maurice B. Gluck* for petitioner. *Mr. Walter B. Milkman* and *Mr. William J. Hughes* for respondent.

---

No. 410. GIN DOCK SUE *v.* UNITED STATES. January 20, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioner. *Mr. Assistant to the Attorney General Todd* and *Mr. Assistant Attorney General Porter* for the United States.

---

No. 787. METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, TRUSTEE, ETC., *v.* CHICAGO & EASTERN ILLINOIS RAILROAD COMPANY ET AL. January 27, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Royall Victor, Mr. Charles E. Hughes, Mr. Brode B. Davis* and *Mr. Frank H. Scott* for petitioner. *Mr. John S. Miller, Mr. George Welwood Murray, Mr. Arthur H. Van Brunt* and *Mr. Roberts Walker* for respondents.

---

No. 794. ALBERT LE MORE ET AL. *v.* UNITED STATES. January 27, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charlton R. Beattie* and *Mr. George Wesley Smith* for petitioners. *The Solicitor General* for the United States.